STEPHEN M. NICHOLS (SBN 101164)
 snichols@polsinelli.com
FARAH S. NICOL (SBN 162293)
 fnicol@polsinelli.com
RYAN S. LANDIS (SBN 201707)
 rlandis@polsinelli.com
ANGELA E. FONES (SBN 245204)
 afones@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 556-1801
Facsimile: (310) 556-1802

JS-6

Attorneys for Defendant
**UNION CARBIDE CORPORATION**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMMIE ALEXANDAR Individually and as SUCCESSOR-IN-INTEREST to SIMMIE CAYTON, Deceased, Patricia Cayton, Bonnie Scott, Brenda McCall, Marilyn Morrissette, Sammie Cayton, and Shirley Cayton, <br><br> Plaintiffs, <br><br> v. <br><br> CBS CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION F/K/A WESTINGHOUSE ELECTRIC CORPORATION; *et al.*, <br><br> Defendants. | USDC CASE NO. : 2:15-cv-09763-R-E <br><br> Assigned to: Hon. Manuel L. Real <br><br> Referred to: Magistrate Judge Charles F. Eick <br><br> ORDER REMANDING CASE TO CALIFORNIA SUPERIOR COURT PURSUANT TO STIPULATION <br><br> Complaint Filed: September 29, 2014 <br><br> Date Removed: December 18, 2015 <br><br> Trial Date: April 19, 2016 |

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

52431106.2

1     PURSUANT TO STIPULATION, IT IS ORDERED:  Plaintiffs SIMMIE

2   ALEXANDAR, Individually and as SUCCESSOR-IN-INTEREST to  SIMMIE

3   CAYTON, Deceased; PATRICIA CAYTON, BONNIE SCOTT, BRENDA

4   MCCALL, MARILYN MORRISSETTE, SAMMIE CAYTON, and SHIRLEY

5   CAYTON dismiss all of their claims against Defendants METALCLAD

6   INSULATION LLC and UNION CARBIDE CORPORATION with prejudice, and

7   this case is REMANDED to the Los Angeles County Superior Court, Case No.

8   BC559114.

9

10     **IT IS SO ORDERED.**

11

12

13   DATED:  March 8, 2016

14                                                    _____

Honorable Manuel L. Real

U.S. District Court Judge

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
310.556.1801

- 2 -

[PROPOSED] ORDER REMANDING CASE TO
CALIFORNIA SUPERIOR COURT PURSUANT TO
STIPULATION

52431106.2